WILLIAM B. TERRY, ESQ.
Nevada State Bar No. 001028
ALEXANDRA ATHMANN-MARCOUX, ESQ.
Nevada Bar No. 014474
WILLIAM B. TERRY CHARTERED
530 South Seventh Street
Las Vegas, Nevada 89101
(702) 385-0799
(702) 385-9788 (Fax)
Info@WilliamTerryLaw.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT CASAGRANDE, <br><br> Defendant. | CASE NO.: 2:19-mj-00670-EJY |

**STIPULATION REQUESTING CASE BE CLOSED PURSUANT TO NOTICE OF COMPLIANCE (ECF 15)**

IT IS HEREBY STIPULATED AND AGREED, by and between Rachel L. Kent, Special Assistant U.S. Attorney, counsel for Plaintiff, United States of America, and William B. Terry, Esq., of the law offices of William B. Terry, Chartered, counsel for Defendant, Robert Casagrande, as follows:

IT IS FURTHER HEREBY STIPULATED AND AGREED, the counsel for the defendant filed a Notice of Compliance (ECF 15) showing the Defendant completed the DUI School and the Victim Impact Panel as well as the community service as required;

IT IS FURTHER STIPULATED AND AGREED, that the defendant paid the $500.00 fine and submitted the payment for the $10.00 assessment fee;

IT IS FURTHER STIPULATED AND AGREED, that should the defendant complete all the obligations imposed by the Court within six (6) months of the change of plea hearing, the parties agree to jointly move to allow the defendant to withdraw his plea of guilty to Count 1 Reckless Driving;

IT IS FURTHER STIPULATED AND AGREED, the Government will move to amend Count 1 of the Complaint to a charge of Unsafe Operation, a violation of 36 C.F.R. § 4.22(b)(1). The defendant will plead guilty to the Amended Count 1 of the Complaint;

IT IS FURTHER STIPULATED AND AGREED, that the parties request that the original sentence be applied to the Unsafe Operation conviction.

DATED this __2nd__ day of June, 2020.

| UNITED STATES ATTORNEY | WILLIAM B. TERRY CHARTERED |
|---|---|
| /s/ Rachel Kent <br> RACHEL L. KENT <br> Special Assistant United States Attorney <br> District of Nevada <br> 501 Las Vegas Boulevard S., Ste. 1100 <br> Las Vegas, Nevada 89101 <br> (702) 388-6336 <br> Attorney for Plaintiff <br> (702) 388-6336 | /s/ William Terry <br> WILLIAM B. TERRY, ESQ. <br> Nevada Bar No. 001028 <br> ALEXANDRA ATHMANN-MARCOUX, ESQ. <br> Nevada Bar No. 014474 <br> WILLIAM B. TERRY, CHARTERED <br> 530 South Seventh Street <br> (702) 385-0799 <br> Attorney for Defendant |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT CASAGRANDE, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.:   2:19-mj-00670-EJY |

## FINDINGS

1. That counsel for the defendant filed a Notice of Compliance (ECF 15) showing the Defendant completed the DUI School and the Victim Impact Panel as well as the community service as required;

2. That the defendant paid the $500.00 fine and submitted the payment for the $10.00 assessment fee;

3. That the parties agree that the defendant completed all the obligations imposed by the Court within six (6) months of the change of plea hearing, the parties agree to jointly move to allow the defendant to withdraw his plea of guilty to Count 1 Reckless Driving;

4. That the Government will move to amend Count 1 of the Complaint to a charge of Unsafe Operation, a violation of 36 C.F.R. § 4.22(b)(1).  The defendant will plead guilty to the Amended Count 1 of the Complaint;

.    .    .    .

.    .    .    .

3

ORDER

IT IS HEREBY ORDERED that the original sentence be applied to the Unsafe Operation conviction.

IT IS FURTHER HEREBY ORDERED that the case be closed and the June 16, 2020 date vacated.

DATED this  2nd  day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE